| | |
|---|---|
| 1  McGREGOR W. SCOTT<br>   United States Attorney<br>2  ROBERT J. ARTUZ<br>   Assistant United States Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, CA 95814<br>4  Telephone: (916) 554-2700<br>   Facsimile:  (916) 554-2900<br>5 | **FILED**<br>Jun 04, 2020<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

6  Attorneys for Plaintiff
   United States of America

7

8                       IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  IN THE MATTER OF THE APPLICATION<br>     OF THE UNITED STATES OF AMERICA<br>12  FOR SEARCH WARRANTS CONCERNING: | ~~PROPOSED~~] ORDER TO UNSEAL SEARCH<br>WARRANTS AND SEARCH WARRANT<br>AFFIDAVITS |
| 13                                              | |
| 14  2005 Gold Mercedes-Benz Convertible coupe<br>     with California license plate 5JLZ160 | 2:19-SW-0866-DB |
| 15                                              | |
| 16  2002 Blue Chevy Avalanche four door pickup<br>     truck with California license plate 6T58075 | 2:19-SW-0867-DB |
| 17                                              | 2:19-SW-0868-DB |
|     The Person of Phil Roger WEGER            | |
| 18                                              | 2:19-SW-0869-DB |
|     The Person of Sharon Lee TEAGUE            | |
| 19                                              | 2:19-SW-0870-DB |
|     The Person of Brad William HESSE           | |
| 20                                              | 2:19-SW-0871-DB |
|     13380 Brookwood Way, Lathrop, CA 95330.    | |
| 21                                              | 2:19-SW-0872-DB |
| 22  2007 Blue Ford Mustang with California license<br>     plate 6ACW665 | |
| 23                                              | 2:19-SW-0873-DB |
| 24  1990 Black Toyota pickup with California<br>     license plate 88547P2 | |
| 25                                              | 2:19-SW-0874-DB |
| 26  1998 White Ford F-150 with a black passenger<br>     door and black tailgate, with California license<br>     plate 5Z18368 | |
| 27 | |
| 28  / / / | |

ORDER TO REQUEST TO UNSEAL SEARCH
WARRANTS AND SEARCH WARRANT                    1
AFFIDAVITS

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: June 4, 2020

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

ORDER TO REQUEST TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS

2